# Exhibit 7

Death Certificate of Donna Chu's mom at 85, after being sick for years and needing to be taken care of and dozens of cross-country visits a year with local resident health aides helping for a couple of years. ("We live in California, ~~they~~ parents lived in New Jersey)

# STATE OF NEW JERSEY

**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

B0008308820

**STATE FILE NUMBER:** 20160013348

Exhibit 7

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent (First, Middle, Last, Suffix) | Mabel Y Chu |
| 1b. Also Known As (AKA), If Any | |
| LMB ONLY | |
| 2. Sex | Female |
| 3. Social Security Number | 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 |
| 4a. Age | 85 Years |
| 5. Date of Birth (Mo/Day/Yr) | 11/07/1930 |
| 6. Birthplace (City & State/Foreign Country) | Helena, Arkansas |
| 7a. Residence-State | New Jersey |
| 7b. County | Bergen |
| 7c. Municipality/City | Teaneck Township |
| 7d. Street and Number | 558 Gall Court |
| 7e. Apt No. | |
| 7f. Zip Code | 07666 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | No |
| 8b. If Yes, Name of War | |
| 8c. War Service Dates (From/To) | |
| 9. Domestic Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner | James Chu |
| 11. Father's Name (First, Middle, Last) | My Chan Lum |
| 12. Mother's Name Prior to First Marriage | Shee Young Chu |
| 13a. Name of Informant | Leanne Chu |
| 13b. Relationship to Decedent | Daughter |
| 13c. Mailing Address | 210 West 70th Street - Apt. 1501, New York City, NY 10023 |
| 14. Method of Disposition | Cremation |
| 15. Place of Disposition | Cedar Lawn Crematory |
| 16. Location - City & State/Foreign Country | Paterson City, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Volk Leber Funeral Home-Teaneck, 789 Teaneck Rd, Teaneck, NJ 07666-4243 |
| 18. Electronic Signature of Funeral Director | Kurt D Larsen |
| 19. NJ License Number | 23JP00484500 |
| 20. Decedent Education | High school graduate or GED completed |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | Chinese |
| 23. Occupation of Decedent | Business Owner |
| 24. Kind of Business/Industry | Retail |
| 25. Name and Address of Last Employer | Self Employed, --, -- |
| 26. Date Pronounced Dead (Mo/Day/Yr) | 03/06/2016 |
| 28. Name of Person Pronouncing Death | Amit Gupta |
| 27. Time Pronounced Dead (24-hr) | 2220 |
| 29. License Number | 25MA09613900 |
| 30. Date Signed (Mo/Day/Yr) | 03/08/2016 |
| 31. Date of Death (Mo/Day/Yr) | 03/06/2016 |
| 32. Time of Death (24-hr) | 2220 |
| 33. Was Medical Examiner Contacted? | Yes |
| 34. Place of Death | Hospital: Emergency Room/Outpatient |
| 35a. Facility Name | Hackensack University Medical Center |
| 35b. Municipality | Hackensack City |
| 35c. County | Bergen |

**CAUSE OF DEATH:**

36a. PART I - IMMEDIATE CAUSE

| | Cause | Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Cardiopulmonary Arrest | 1 hours |
| b. Due to (or as a consequence of) | Aortic Dissection | 1 days |
| c. Due to (or as a consequence of) | Hypertension | 20 years |
| d. Due to (or as a consequence of) | | |

36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | No |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | No |
| 48. Did Tobacco Use Contribute to Death? | No |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Pronouncer and Certifier |
| 51. Name, Address, and Zip Code of Certifier | Amit Gupta, Hackensack University Medical Center 30 Prospect Ave, Hackensack, NJ 07601 |
| 52. Electronic Signature of Certifier | Amit Gupta |
| 53. License Number | 25MA09613900 |
| 54. Date Certified | 03/06/2016 |
| 55. Electronic Signature of Local Registrar | Nicole Diane Martinez |
| 56. District No. | V0286 |
| 57. Date Received | 03/09/2016 |
| Case ID Number | 1817292 |

Record Contains Amendment: ☐

**DATE ISSUED:** March 10, 2016

**ISSUED BY:**
*New Jersey Department of Health, Office of Vital Statistics and Registry*

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42B
JUN 14

*THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY*
*THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED*