Exhibit 8

Death Certificate of Donna & Chu's Dad at 100, after being sick for years and needing to be taken care of bed-ridden, after wife passed away a year before with round-the-clock home aides with Donna needing to do a dozen or more cross-county trips to New Jersey from California to oversee. Then the following year cleaning up the estate & house for resale.

# STATE OF NEW JERSEY

B0008661613

Exhibit 8

**NEW JERSEY DEPARTMENT OF HEALTH**

## CERTIFICATE OF DEATH

**STATE FILE NUMBER**
20170015245

| 1a. Legal Name of Decedent (First, Middle, Last, Suffix) | | LIMB ONLY |
|---|---|---|
| **James C Chu** | | ☐ |

**1b. Also Known As (AKA), If Any (First, Middle, Last, Suffix)**

| 2. Sex | 3. Social Security Number | 4a. Age | 5. Date of Birth (Mo/Day/Yr) |
|---|---|---|---|
| Male | 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 | 100 Years | 12/05/1916 |

**6. Birthplace (City & State/Foreign Country)**
Sunwui, Canton, China

| 7a. Residence-State | 7b. County | 7c. Municipality/City | |
|---|---|---|---|
| New Jersey | Bergen | Teaneck Township | |

| 7d. Street and Number | 7e. Apt No. | 7f. Zip Code | 7g. Inside City Limits? |
|---|---|---|---|
| 558 Gail Court | | 07666 | Yes |

| 8a. Ever in US Armed Forces? | 8b. If Yes, Name of War: | 8c. War Service Dates (From/To): |
|---|---|---|
| No | | |

| 9. Domestic Status at Time of Death | 10. Name of Surviving Spouse/Partner (Name given at birth or on birth certificate) |
|---|---|
| Widowed | |

**11. Father's Name (First, Middle, Last)**
Gum Foo Chu

**12. Mother's Name Prior to First Marriage (First, Middle, Last)**
Ng Ding Chu

| 13a. Name of Informant | 13b. Relationship to Decedent |
|---|---|
| Leanne Chu | Daughter |

**13c. Mailing Address (Street and Number, City, State, Zip Code)**
210 W. 70th Street Apt. 1501, New York, NY 10034

| 14. Method of Disposition | 15. Place of Disposition (name of cemetery, crematory, other) | 16. Location- City & State/Foreign Country |
|---|---|---|
| Cremation | Cedar Lawn Crematory | Paterson City, New Jersey |

**17. Name and Complete Address of Funeral Facility**
Volk Leber Funeral Home-Teaneck, 789 Teaneck Rd, Teaneck, NJ 07666-4243

| 18. Electronic Signature of Funeral Director | 19. NJ License Number |
|---|---|
| *Kurt D Larsen* | 23JP00484500 |

| 20. Decedent Education | 21. Decedent of Hispanic Origin? | 22. Decedent Race |
|---|---|---|
| High school graduate or GED completed | Not Spanish / Hispanic / Latino | Asian Indian; Chinese |

| 23. Occupation of Decedent (Type of work done most of life, even if retired) | 24. Kind of Business/Industry |
|---|---|
| Business Owner | Retail |

**25. Name and Address of Last Employer**
Self Employed, Wood-Ridge, NJ 07075

| 26. Date Pronounced Dead (Mo/Day/Yr) | 28. Name of Person Pronouncing Death |
|---|---|
| 03/04/2017 | *Madhu Parmar* |

| 27. Time Pronounced Dead (24-hr) | 29. License Number | 30. Date Signed (Mo/Day/Yr) |
|---|---|---|
| 1505 | 25MA08017900 | 03/04/2017 |

| 31. Date of Death (Mo/Day/Yr) | 32. Time of Death (24-hr) | 33. Was Medical Examiner Contacted? | 34. Place of Death |
|---|---|---|---|
| 03/04/2017 | 1505 | No | Hospital: Inpatient |

**35a. Facility Name (If not institution, give street and number)**
Hackensack University Medical Center

| 35b. Municipality | 35c. County |
|---|---|
| Hackensack City | Bergen |

**CAUSE OF DEATH:** 36a. PART I - IMMEDIATE CAUSE - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| | Interval Between Onset and Death |
|---|---|
| Immediate Cause a. acute respiratory failure with Acute on chronic heart failure | few days |
| Due to (or as a consequence of): b. sepsis with bacteremia with Staphylococcus , Influenza A H3 infection | few days |
| Due to (or as a consequence of): c. herpes simplex and candida infection of mouth | few days |
| Due to (or as a consequence of): d. copd on home O2 prostate cancer | few years |

| 36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I. | 37. Was an Autopsy Performed? |
|---|---|
| HTN Hyperlipidemia | No |
| | 38. Were Autopsy Findings Available to Complete Cause of Death? Not Applicable |

| 39. Date of Injury (Mo/Day/Yr) | 40. Time of Injury (24-hr) | 41. Place of Injury (e.g. home, construction site, restaurant) | 42. Injury at work? |
|---|---|---|---|
| | | | |

| 43a. Location of Injury (Number and Street, Zip Code) | 43b. Municipality | 43c. County | 43d. State |
|---|---|---|---|
| | | | |

| 44. Describe How Injury Occurred | 45. If Transportation Injury: |
|---|---|
| | |

| 46. Manner of Death | 47. Did Decedent Have Diabetes? | 48. Did Tobacco Use Contribute to Death? | 49. If Female, Pregnancy State |
|---|---|---|---|
| Natural | No | Probably | Not applicable |

| 50. Certifier Type | 51. Name, Address, and Zip Code of Certifier |
|---|---|
| Pronouncer and Certifier | Madhu Parmar 709 Closter Dock Road, Closter, NJ 07624 |

| 52. Electronic Signature of Certifier | 53. License Number | 54. Date Certified (Mo/Day/Yr) |
|---|---|---|
| *Madhu Parmar* | 25MA08017900 | 03/05/2017 |

| 55. Electronic Signature of Local Registrar | 56. District No. | 57. Date Received | Case ID Number |
|---|---|---|---|
| *Laura Turnbull* | V0286 | 03/13/2017 | 1901552 |

Record Contains Amendment ☐

THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY

**2.** Male    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    100 Years    12053 7616

Exhibit 8

**6. Birthplace** (City & State/Foreign Country)
Sunwui, Canton, China

| 7a. Residence-State | 7b. County | | 7c. Municipality/City |
|---|---|---|---|
| New Jersey | Bergen | | Teaneck Township |

| 7d. Street and Number | 7e. Apt No. | 7f. Zip Code | 7g. Inside City Limits? |
|---|---|---|---|
| 558 Gall Court | | 07666 | Yes |

| 8a. Ever in US Armed Forces? | 8b. If Yes, Name of War: | 8c. War Service Dates (From/To): |
|---|---|---|
| No | | |

| 9. Domestic Status at Time of Death | 10. Name of Surviving Spouse/Partner (Name given at birth or on birth certificate) |
|---|---|
| Widowed | |

**11. Father's Name** (First, Middle, Last)
Gum Foo Chu

**12. Mother's Name Prior to First Marriage** (First, Middle, Last)
Ng Ding Chu

| 13a. Name of Informant | 13b. Relationship to Decedent |
|---|---|
| Leanne Chu | Daughter |

**13c. Mailing Address** (Street and Number, City, State, Zip Code)
210 W. 70th Street Apt. 1501, New York, NY 10034

| 14. Method of Disposition | 15. Place of Disposition (name of cemetery, crematory, other) | 16. Location- City & State/Foreign Country |
|---|---|---|
| Cremation | Cedar Lawn Crematory | Paterson City, New Jersey |

**17. Name and Complete Address of Funeral Facility**
Volk Leber Funeral Home-Teaneck, 789 Teaneck Rd, Teaneck, NJ 07666-4243

| 18. Electronic Signature of Funeral Director | 19. NJ License Number |
|---|---|
| *Kurt D Larsen* | 23JP00484500 |

| 20. Decedent Education | 21. Decedent of Hispanic Origin? | 22. Decedent Race |
|---|---|---|
| High school graduate or GED completed | Not Spanish / Hispanic / Latino | Asian Indian; Chinese |

| 23. Occupation of Decedent (Type of work done most of life, even if retired) | 24. Kind of Business/Industry |
|---|---|
| Business Owner | Retail |

**25. Name and Address of Last Employer**
Self Employed, Wood-Ridge, NJ 07075

| 26. Date Pronounced Dead (Mo/Day/Yr) | 28. Name of Person Pronouncing Death |
|---|---|
| 03/04/2017 | *Madhu Parmar* |

| 27. Time Pronounced Dead (24-hr) | 29. License Number | 30. Date Signed (Mo/Day/Yr) |
|---|---|---|
| 1505 | 25MA08017900 | 03/04/2017 |

| 31. Date of Death (Mo/Day/Yr) | 32. Time of Death (24-hr) | 33. Was Medical Examiner Contacted? | 34. Place of Death |
|---|---|---|---|
| 03/04/2017 | 1505 | No | Hospital: Inpatient |

**35a. Facility Name** (If not institution, give street and number)
Hackensack University Medical Center

| 35b. Municipality | 35c. County |
|---|---|
| Hackensack City | Bergen |

**CAUSE OF DEATH:** **36a. PART I – IMMEDIATE CAUSE** - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause<br>a.  acute respiratory failure with Acute on chronic heart failure | | few days |
| Due to (or as a consequence of):<br>b.  sepsis with bacteremia with Staphylococcus , Influenza A H3 infection | | few days |
| Due to (or as a consequence of):<br>c.  herpes simplex and candida infection of mouth | | few days |
| Due to (or as a consequence of):<br>d.  copd on home O2 prostate cancer | | few years |

| 36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I. | 37. Was an Autopsy Performed?<br>No |
|---|---|
| | 38. Were Autopsy Findings Available to Complete Cause of Death?<br>Not Applicable |
| HTN Hyperlipidemia | |

| 39. Date of Injury (Mo/Day/Yr) | 40. Time of Injury (24-hr) | 41. Place of Injury (e.g. home, construction site, restaurant) | 42. Injury at work? |
|---|---|---|---|
| | | | |

| 43a. Location of Injury (Number and Street, Zip Code) | 43b. Municipality | 43c. County | 43d. State |
|---|---|---|---|
| | | | |

| 44. Describe How Injury Occurred | 45. If Transportation Injury: |
|---|---|
| | |

| 46. Manner of Death | 47. Did Decedent Have Diabetes? | 48. Did Tobacco Use Contribute to Death? | 49. If Female, Pregnancy State |
|---|---|---|---|
| Natural | No | Probably | Not applicable |

| 50. Certifier Type | 51. Name, Address, and Zip Code of Certifier |
|---|---|
| Pronouncer and Certifier | Madhu Parmar<br>709 Closter Dock Road, Closter, NJ 07624 |

| 52. Electronic Signature of Certifier | 53. License Number | 54. Date Certified (Mo/Day/Yr) |
|---|---|---|
| *Madhu Parmar* | 25MA08017900 | 03/05/2017 |

| 55. Electronic Signature of Local Registrar | 56. District No. | 57. Date Received | Case ID Number |
|---|---|---|---|
| *Laura Turnbull* | V0286 | 03/13/2017 | 1901552 |

**Record Contains Amendment** ☐

**DATE ISSUED:** March 15, 2017

**ISSUED BY:**
*New Jersey Department of Health, Office of Vital Statistics and Registry*

This is to certify that the above is correctly copied
from a record on file in my office.
Certified copy not valid unless the raised Great
Seal of the State of New Jersey or the seal of the
issuing municipality or county, is affixed hereon



