```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611157991
Cashier ID: buensum
Transaction Date: 01/24/2022
Payer Name: DONNA CHU
------------------------------------
PLRA CIVIL FILING FEE
 For: DONNA CHU
 Case/Party: D-CAN-3-22-CV-000457-001
 Amount:        $402.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 183
 Amt Tendered: $402.00
------------------------------------
Total Due:       $402.00
Total Tendered: $402.00
Change Amt:      $0.00

SK


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```